IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:05CR9-21 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRAVIS DORAN RAMSEUR | ) | |

THIS MATTER is before the Court upon the Court's own motion for the revocation of Defendant's bond and for issuance of a warrant. After careful review of the motion, the Court finds probable cause to believe that Defendant has violated certain conditions imposed upon his release. IT IS, THEREFORE, ORDERED that, pursuant to 18 U.S.C. §3148(b), the Clerk shall issue a warrant for the arrest of Defendant.

IT IS FURTHER ORDERED that, upon Defendant's arrest, the United States Marshal shall bring the defendant forthwith before this Court to show cause why his bond in the instant case should not be revoked. If, however, Defendant is found to be in state custody, the United States Marshal shall file the warrant as a detainer.

The Clerk is directed to certify copies of this Order to the United States Marshal, defense counsel, the United States Attorney and the Chief United States Probation Officer.

This 27th day of June, 2006

_____
UNITED STATES MAGISTRATE JUDGE