IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:05-CR-00009-KDB-DCK-21

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRAVIS DORAN RAMSEUR | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant *pro se* for a reduction of sentence based on the First Step Act of 2018 (Doc. No. 1761).

The defendant was found guilty by a jury of conspiracy to possess with intent to distribute cocaine, cocaine base and marijuana, in violation of 21 U.S.C. §841(b)(1)(A). (Doc. No. 845). Section 404(c) of the First Step Act does not apply to defendant because of the cross-reference to murder as delineated in the Presentence Investigation Report which increased his Total Offense Level to 43 and with a criminal history of III, the sentencing guidelines called for life imprisonment. (Doc. No.1006, ¶¶ 34, 58, 65), (Doc. No. 1052, at 1), (Doc. No. 1699, at 1). Therefore, he is not eligible for a sentence reduction under the First Step Act.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 1761) is **DENIED**.

**SO ORDERED.**

Signed: March 19, 2024

Kenneth D. Bell
United States District Judge